# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**Best Buy Wallet**

# US9280689B2

United States

Inventor          Marvin T. Ling

Current Assignee   Individual

Worldwide applications

2011  WO ~~EP~~ US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Best Buy Wallet* has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.<br><br> |



| | | |
|---|---|---|
| | | **Dictionary**<br><br>Definitions from Oxford Languages · Learn more<br><br>🔊 **trans·ac·tion**<br>/tranˈzakSHən,tran(t)ˈsakSHən/<br><br>*noun*<br>noun: **transaction**; plural noun: **transactions**<br><br>an instance of buying or selling something; a business deal.<br>"in an ordinary commercial transaction a delivery date is essential"<br>Similar: deal  business  agreement  undertaking  affair  arrangement ⌄<br>• the action of conducting business.<br>Similar: negotiation  conduct  conducting  carrying out  performance ⌄<br>• an exchange or interaction between people.<br>"intellectual transactions in the classroom"<br>• published reports of proceedings at the meetings of a learned society.<br>Similar: proceedings  affairs  concerns  dealings  matters  activities ⌄<br>• an input message to a computer system that must be dealt with as a single unit of work.<br><*https://www.google.com/search?q=transaction+define*> *@ 2025* |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a **personal code** **["Member ID"]** to a person for their use to purchase goods **["items purchased with Best Buy Pay"]**.*<br><br>*For example, Best Buy Wallet assigns a Member ID to a person so they can use it when buying items through Best Buy Pay.* |
| | | ***personal code*** |



*<https://play.google.com/store/apps/details?id=com.bestbuy.android> @ 2025*

*purchase goods*

| | | |
|---|---|---|
| | | In order to un-enroll from Best Buy Pay at any time, choose the option to turn off the Best Buy Pay capability with your Best Buy Credit Card in your BestBuy.com account profile. Best Buy may, at its sole discretion, restrict or terminate your use of Best Buy Pay at any time with or without notice. Without limiting the foregoing, Best Buy and Citi reserve the right to limit the availability of Best Buy Pay during specific times or for particular items. Best Buy or Citi may limit the quantity of <u>items purchased with Best Buy Pay</u> for any reason. Some products or services may not be eligible for purchase using Best Buy Pay, or may require additional verification prior to completion of purchase using Best Buy Pay.<br><br><*https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642*> @ 2025 |
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *(b) converting said* **personal code** **["Member ID"]** *into barcode format to form a* **User ID Barcode** **[SEE IMAGE]**, *said* **User ID Barcode** **[SEE IMAGE]** *corresponding to said* **personal code** **["Member ID"]** *and including at least one* **special character** **["QR code to be scanned"]** *to distinguish the barcode as a* **User ID Barcode** **[SEE IMAGE]** *from a* **product barcode** **[SEE IMAGE]**.<br><br>*For example, Best Buy Wallet turns the Member ID into a barcode—called a User ID Barcode—which includes a QR code that can be scanned to identify it as a customer ID, not a product barcode.* |
| | | ***personal code*** |



*<https://play.google.com/store/apps/details?id=com.bestbuy.android> @ 2025*

*User ID Barcode*



*<https://www.pcmag.com/news/how-to-replace-your-loyalty-cards-with-an-app> @ 2025*

*special character*

Once enrolled in Best Buy Pay, you will be able to shop in store using Best Buy Pay at Best Buy locations in the U.S. (not available at Best Buy kiosks; may not be available for Magnolia or Geek Squad® services, for certain Pacific Sales purchases, or as otherwise set forth below at Best Buy discretion). Just open the Best Buy mobile app on your smartphone at checkout, select "Best Buy Pay," enter your security PIN/touch ID (set up during enrollment), and display the resulting unique QR code to be scanned in order to pay with your Best Buy Credit Card using your smartphone.

If you forget your security PIN, sign in to your BestBuy.com account and follow the instructions to reset your PIN.

A receipt for your purchase will be printed or emailed to you.

<*https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642*> @ 2025

**product barcode**



<*https://www.bestbuy.com/site/lego-animal-crossing-maples-pumpkin-garden-building-toy-30662/6601774.p?skuId=6601774* @ 2025

| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing | *(c) storing said **personal code** **["Member ID"]** in said **User ID Barcode** **[SEE IMAGE]** format by said person for use to purchase goods **["items purchased with Best Buy Pay"]** and storing said **personal code** **["Member ID"]** in a **User Vendor Management Server["BestBuy.com"]** to permit **purchase ["items purchased with Best Buy Pay"]**s* |

| said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *to be made at a vendor.*<br><br>*For example, Best Buy Wallet stores the Member ID as a User ID Barcode on the person's device so they can use it when buying items with Best Buy Pay. The Member ID is also stored on BestBuy.com to allow purchases to be made through Best Buy Pay at participating vendors.* |
|---|---|

***personal code***



*<https://play.google.com/store/apps/details?id=com.bestbuy.android> @ 2025*

*User ID Barcode*



<*https://www.pcmag.com/news/how-to-replace-your-loyalty-cards-with-an-app*> *@ 2025*

*purchase goods*

| | | |
|---|---|---|
| | | In order to un-enroll from Best Buy Pay at any time, choose the option to turn off the Best Buy Pay capability with your Best Buy Credit Card in your BestBuy.com account profile. Best Buy may, at its sole discretion, restrict or terminate your use of Best Buy Pay at any time with or without notice. Without limiting the foregoing, Best Buy and Citi reserve the right to limit the availability of Best Buy Pay during specific times or for particular items. Best Buy or Citi may limit the quantity of <u>items purchased with Best Buy Pay</u> for any reason. Some products or services may not be eligible for purchase using Best Buy Pay, or may require additional verification prior to completion of purchase using Best Buy Pay.<br><br>*<[https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642](https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642)> @ 2025* |
| | | ***User Vendor Management Server***<br><br>In order to un-enroll from Best Buy Pay at any time, choose the option to turn off the Best Buy Pay capability with your Best Buy Credit Card in your <u>BestBuy.com</u> account profile. Best Buy may, at its sole discretion, restrict or terminate your use of Best Buy Pay at any time with or without notice. Without limiting the foregoing, Best Buy and Citi reserve the right to limit the availability of Best Buy Pay during specific times or for particular items. Best Buy or Citi may limit the quantity of items purchased with Best Buy Pay for any reason. Some products or services may not be eligible for purchase using Best Buy Pay, or may require additional verification prior to completion of purchase using Best Buy Pay.<br><br>*<[https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642](https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642)> @ 2025* |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account** **["Best Buy account"]** in a **User Vendor Management Server** **["[BestBuy.com](https://BestBuy.com)"]** corresponding to said **personal code** **["Member ID"]**.*<br><br>*For example, Best Buy Wallet creates a Best Buy account on BestBuy.com that is linked to the person's Member ID.* |
| | | ***User Account*** |



### Get more with a **Best Buy account**

🛱 Free shipping        ▭ Convenient checkout

🛒 Easy order tracking   ◎ Personalized shopping

**Sign In**          **Create Account**

---

Account                           Your info at a glance

---

Purchases                         Track, change, cancel

---

Products                          Support, manuals, guides

---

*<https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642> @ 2025*

**User Vendor Management Server**

In order to un-enroll from Best Buy Pay at any time, choose the option to turn off the Best Buy Pay capability with your Best Buy Credit Card in your BestBuy.com account profile. Best Buy may, at its sole discretion, restrict or terminate your use of Best Buy Pay at any time with or without notice. Without limiting the foregoing, Best Buy and Citi reserve the right to limit the availability of Best Buy Pay during specific times or for particular items. Best Buy or Citi may limit the quantity of items purchased with Best Buy Pay for any reason. Some products or services may not be eligible for purchase using Best Buy Pay, or may require additional verification prior to completion of purchase using Best Buy Pay.

*<https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642> @ 2025*

**personal code**



<https://play.google.com/store/apps/details?id=com.bestbuy.android> @ 2025

| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | (e) depositing funds in said **User Account** **["Best Buy account"]** to establish a **credit limit** **["Best Buy Credit Card"]**. |
| --- | --- | --- |
| | | For example, Best Buy Wallet allows a person to add money to their Best Buy account in order to set up a Best Buy Credit Card. |
| | | ___ |
| | | *User Account* |



Get more with a **Best Buy account**

🚢 Free shipping                    🖃 Convenient checkout

🛒 Easy order tracking              ⊙ Personalized shopping

| Sign In | Create Account |

Account                                    Your info at a glance

Purchases                                  Track, change, cancel

Products                                   Support, manuals, guides

*<https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642> @ 2025*

***credit limit***

In order to un-enroll from Best Buy Pay at any time, choose the option to turn off the Best Buy Pay capability with your Best Buy Credit Card in your BestBuy.com account profile. Best Buy may, at its sole discretion, restrict or terminate your use of Best Buy Pay at any time with or without notice. Without limiting the foregoing, Best Buy and Citi reserve the right to limit the availability of Best Buy Pay during specific times or for particular items. Best Buy or Citi may limit the quantity of items purchased with Best Buy Pay for any reason. Some products or services may not be eligible for purchase using Best Buy Pay, or may require additional verification prior to completion of purchase using Best Buy Pay.

*<https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642> @ 2025*

| 1.6 | (f) conducting purchases at vendors each having a vendor | *(f) conducting **purchase** **["items purchased with Best Buy Pay"]**s at vendors each* |

| | |
|---|---|
| server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *having a **vendor server["BestBuy.com"]** wherein each **purchase ["items purchased with Best Buy Pay"]** includes scanning **product barcode[SEE IMAGE]**s including **product price ["$4.99"]** and said **User ID Barcode [SEE IMAGE]** with a **product barcode[SEE IMAGE] scanner ["QR code to be scanned"]** at the **vendor cash register** [SEE IMAGE] and transmitting both **product barcode [SEE IMAGE]**s and **User ID Barcode [SEE IMAGE]** to said **vendor server ["BestBuy.com"]**.*<br><br>*For example, Best Buy Wallet is used to make purchases at vendors that accept Best Buy Pay and are connected to BestBuy.com. During checkout, the cashier scans both the product barcode (e.g., for a $4.99 item) and the customer's User ID Barcode. Both barcodes are then sent to BestBuy.com to complete the transaction.* |

### purchase

In order to un-enroll from Best Buy Pay at any time, choose the option to turn off the Best Buy Pay capability with your Best Buy Credit Card in your BestBuy.com account profile. Best Buy may, at its sole discretion, restrict or terminate your use of Best Buy Pay at any time with or without notice. Without limiting the foregoing, Best Buy and Citi reserve the right to limit the availability of Best Buy Pay during specific times or for particular items. Best Buy or Citi may limit the quantity of <u>items purchased with Best Buy Pay</u> for any reason. Some products or services may not be eligible for purchase using Best Buy Pay, or may require additional verification prior to completion of purchase using Best Buy Pay.

*<https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642> @ 2025*

### product price

Best Buy › Toys, Games & Collectibles › Building Sets & Blocks




LEGO

**LEGO - Animal Crossing Maple's Pumpkin Garden Building Toy 30662**

Model: 6471440   SKU: 6601774

★★★★★ 5.0 (17 reviews)

**$4.99**

**Key Accessories:**


LEGO - Speed...
**$4.99**
Add ...



*<https://www.bestbuy.com/site/lego-animal-crossing-maples-pumpkin-garden-building-toy-30662/6601774.p?skuId=6601774> @ 2025*

*User ID Barcode*



<*https://www.pcmag.com/news/how-to-replace-your-loyalty-cards-with-an-app*> *@ 2025*

*product barcode*



<https://www.bestbuy.com/site/lego-animal-crossing-maples-pumpkin-garden-building-toy-30662/6601774.p?skuId=6601774> @ 2025

**scanner**

Once enrolled in Best Buy Pay, you will be able to shop in store using Best Buy Pay at Best Buy locations in the U.S. (not available at Best Buy kiosks; may not be available for Magnolia or Geek Squad® services, for certain Pacific Sales purchases, or as otherwise set forth below at Best Buy discretion). Just open the Best Buy mobile app on your smartphone at checkout, select "Best Buy Pay," enter your security PIN/touch ID (set up during enrollment), and display the resulting unique QR code to be scanned in order to pay with your Best Buy Credit Card using your smartphone.

If you forget your security PIN, sign in to your BestBuy.com account and follow the instructions to reset your PIN.

A receipt for your purchase will be printed or emailed to you.

<https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642> @ 2025

**vendor cash register**



*<https://corporate.bestbuy.com/best-buy-black-friday-2018-checkout/> @ 2025*

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the **User ID Barcode** **[SEE IMAGE]** at the **vendor server ["BestBuy.com"]** and forwarding the ID Barcode and **purchase ["items purchased with Best Buy Pay"]** price ["$4.99"] to said **User Vendor Management Server ["BestBuy.com"]**.*<br><br>*For example, Best Buy Wallet detects the User ID Barcode during checkout and sends both the barcode and the purchase amount (e.g., $4.99) to BestBuy.com.*<br><br>***User ID Barcode*** |



*<https://www.pcmag.com/news/how-to-replace-your-loyalty-cards-with-an-app> @ 2025*

*purchase price*



Best Buy › Toys, Games & Collectibles › Building Sets & Blocks

LEGO

**LEGO - Animal Crossing Maple's Pumpkin Garden Building Toy 30662**

Model: 6471440  SKU: 6601774

⭐⭐⭐⭐⭐ **5.0** (17 reviews)

**$4.99**

Key Accessories:

LEGO - Speed...
**$4.99**
Add ...

*<https://www.bestbuy.com/site/lego-animal-crossing-maples-pumpkin-garden-building-toy-30662/6601774.p?skuId=6601774 @ 2025*

---

***User Vendor Management Server***

In order to un-enroll from Best Buy Pay at any time, choose the option to turn off the Best Buy Pay capability with your Best Buy Credit Card in your BestBuy.com account profile. Best Buy may, at its sole discretion, restrict or terminate your use of Best Buy Pay at any time with or without notice. Without limiting the foregoing, Best Buy and Citi reserve the right to limit the availability of Best Buy Pay during specific times or for particular items. Best Buy or Citi may limit the quantity of items purchased with Best Buy Pay for any reason. Some products or services may not be eligible for purchase using Best Buy Pay, or may require additional verification prior to completion of purchase using Best Buy Pay.

*<https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642> @ 2025*

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the **purchase** ["items purchased with Best Buy Pay"] price ["$4.99"] with the funds in said **User Vendor Management Server** ["BestBuy.com"] to determine if there are available funds within the **credit limit** ["Best Buy Credit Card"] in the **User Vendor Management Server** ["BestBuy.com"] account, and if there are, sending an **approval signal** ["BEST BUY RECEIPT"] to the **vendor server** ["BestBuy.com"].*<br><br>*For example, Best Buy Wallet checks whether the $4.99 purchase amount can be covered by the funds available in the person's Best Buy Credit Card account on BestBuy.com. If enough funds are available, a receipt is then sent to BestBuy.com.* |
| --- | --- | --- |
|  |  | ***purchase price*** |



Best Buy › Toys, Games & Collectibles › Building Sets & Blocks

LEGO

**LEGO - Animal Crossing Maple's Pumpkin Garden Building Toy 30662**

Model: 6471440   SKU: 6601774

⭐⭐⭐⭐⭐ **5.0** (17 reviews)

**$4.99**

Key Accessories:

| LEGO - Speed... |
| --- |
| **$4.99** |
| Add ... |

<https://www.bestbuy.com/site/lego-animal-crossing-maples-pumpkin-garden-building-toy-30662/6601774.p?skuId=6601774> @ 2025

*User Vendor Management Server*

In order to un-enroll from Best Buy Pay at any time, choose the option to turn off the Best Buy Pay capability with your Best Buy Credit Card in your BestBuy.com account profile. Best Buy may, at its sole discretion, restrict or terminate your use of Best Buy Pay at any time with or without notice. Without limiting the foregoing, Best Buy and Citi reserve the right to limit the availability of Best Buy Pay during specific times or for particular items. Best Buy or Citi may limit the quantity of items purchased with Best Buy Pay for any reason. Some products or services may not be eligible for purchase using Best Buy Pay, or may require additional verification prior to completion of purchase using Best Buy Pay.

<https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642> @ 2025

*approval signal*



<https://www.chevez.io/img/bestbuy_html_complete_modal.png>

| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the **approval signal ["BEST BUY RECEIPT"]** to the **vendor cash register [SEE IMAGE]**.*<br><br>*For example, Best Buy Wallet sends the Best Buy receipt to the vendor's cash register.* |
| --- | --- | --- |
| | | ***approval signal*** |



<https://www.chevez.io/img/bestbuy_html_complete_modal.png>

*vendor cash register*



<*https://corporate.bestbuy.com/best-buy-black-friday-2018-checkout/*> @ 2025

| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent **purchase transactions [\"items purchased with Best Buy Pay\"]** using said **User ID Barcode [SEE IMAGE]**.*<br><br>*For example, the Best Buy Wallet repeats the same process for each additional item bought using Best Buy Pay by scanning the user's ID barcode.* |
|---|---|---|
| | | ***purchase transactions***<br><br>In order to un-enroll from Best Buy Pay at any time, choose the option to turn off the Best Buy Pay capability with your Best Buy Credit Card in your BestBuy.com account profile. Best Buy may, at its sole discretion, restrict or terminate your use of Best Buy Pay at any time with or without notice. Without limiting the foregoing, Best Buy and Citi reserve the right to limit the availability of Best Buy Pay during specific times or for particular items. Best Buy or Citi may limit the quantity of <u>items purchased with Best Buy Pay</u> for any reason. Some products or services may not be eligible for purchase using Best Buy Pay, or may require additional verification prior to completion of purchase using Best Buy Pay.<br><br><*https://www.bestbuy.com/site/help-topics/best-buy-pay-supplemental-terms-use/pcmcat1521714572642.c?id=pcmcat1521714572642*> @ 2025 |
| | | ***User ID Barcode*** |



<https://www.pcmag.com/news/how-to-replace-your-loyalty-cards-with-an-app> @ 2025

- **PRODUCT/SERVICE = "*Best Buy Wallet*"**

- **approval signal = "BEST BUY RECEIPT"**
- **credit limit = "Best Buy Credit Card"**
- **personal code = "Member ID"**
- **product barcode = SEE IMAGE**
- **product price = "$4.99"**
- **purchase goods = "items purchased with Best Buy Pay"**
- **purchase price = "$4.99"**

|  |  | <ul><li>*purchase transactions = "items purchased with Best Buy Pay"*</li><li>*scanner = "QR code to be scanned"*</li><li>*special character = "QR code to be scanned"*</li><li>*User Account = "Best Buy account"*</li><li>*User ID Barcode = SEE IMAGE*</li><li>*User Vendor Management Server = "BestBuy.com"*</li><li>*vendor cash register = SEE IMAGE*</li><li>*vendor server = "BestBuy.com"*</li></ul> |
|---|---|---|